```
IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
```

DONNA GIBSON and MIKE GIBSON,

    **Plaintiff,**

v.                 //     CIVIL ACTION NO. 1:07CV97
                                       (Judge Keeley)

CARTERET MORTGAGE CORPORATION,
NATIONAL CITY BANK, as successor in
interest to THE PROVIDENT BANK,
CHASE MANHATTAN MORTGAGE CORPORATION,
LASALLE BANK NATIONAL
ASSOCIATION, and COLLEEN DICKERSON,

    **Defendants.**

## ORDER RESCHEDULING SCHEDULING CONFERENCE

For reasons appearing to the Court, the scheduling conference previously set for **September 17, 2007 at 9:30 a.m.**, is **RESCHEDULED** for **September 19, 2007 at 9:30 a.m.** at the **Clarksburg, West Virginia**, point of holding court. Counsel may appear by telephone. If the scheduling conference is to be by telephone, the Court directs lead counsel for the plaintiff, Bren Pomponio, to initiate the call to **(304)624-5850**. Counsel for defendants shall notify plaintiff's counsel no later than 2:00 p.m. on September 18, 2007 of the number where they may be reached at the time of the call.

It is so **ORDERED**.

The Clerk is directed to transmit copies of this Order to counsel of record.

DATED: September 13, 2007.

                                          /s/ Irene M. Keeley
                                          IRENE M. KEELEY
                                          UNITED STATES DISTRICT JUDGE