IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

**DONNA GIBSON and MIKE GIBSON,**

    **Plaintiff,**

v.           //     CIVIL ACTION NO. 1:07CV97
                        (Judge Keeley)

**CARTERET MORTGAGE CORPORATION,
NATIONAL CITY BANK, as successor in
interest to THE PROVIDENT BANK,
CHASE MANHATTAN MORTGAGE CORPORATION,
LASALLE BANK NATIONAL
ASSOCIATION, and COLLEEN DICKERSON,**

    **Defendants.**

## ORDER GRANTING MOTION TO EXTEND TIME TO RESPOND TO DISCOVERY

On November 19, 2007, Defendant Chase Home Finance, LLC as successor to Chase Manhattan Mortgage Corporation ("Chase") filed a motion requesting that this Court extend the time to respond to discovery from the plaintiffs until December 3, 2007. The plaintiffs do not object to this motion. For good cause shown, the motion (dkt. no. 22) is **GRANTED**. Chase shall respond to the discovery described in the motion **no later than December 3, 2007**. All other previously scheduled dates remain unchanged.

It is so **ORDERED**.

The Clerk is directed to transmit copies of this Order to counsel of record.

DATED: November 27, 2007.

                                      /s/ Irene M. Keeley
                                      IRENE M. KEELEY
                                      UNITED STATES DISTRICT JUDGE